IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






PD NO. 0081-07





MARK WARREN SANDERS, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


 FROM THE EIGHTH COURT OF APPEALS


EL PASO COUNTY






 Per curiam. Keasler and hervey, JJ., dissent.



ORDER


 The petition for discretionary review violates Rule of Appellate Procedure 68.5,
because the grounds and reasons for review are longer than 15 pages.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition must be filed in the
Court of Criminal Appeals within thirty days after the date of this order.


En banc.

Delivered April 25, 2007

Do Not Publish.